# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                Appellant,
vs.
THE STATE OF NEVADA; PERSHING
COUNTY; THE STATE OF NEVADA
BOARD OF PRISON
COMMISSIONERS; CLARK COUNTY;
AND ROBERT LEGRAND, WARDEN,
                Respondents.

No. 76002

FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a "motion for sanctions, findings of contempt, relief from judgment and revival of action" filed pursuant to NRCP 59 and 60(b). Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

The appeal was docketed in this court on June 5, 2018, and this court issued a notice to appellant setting forth the deadlines for filing the opening brief or informal brief for pro se parties. Pursuant to the notice, appellant's opening brief was due on or before October 3, 2018. The notice cautioned appellant that failure to file a brief or informal brief form by the deadline could result in dismissal of the appeal. NRAP 31(d)(1). On October 18, 2018, respondent filed a motion to dismiss the appeal citing appellant's failure to file the opening brief. No opposition was filed, but appellant's untimely docketing statement and informal brief were submitted and

inadvertently filed on November 8, 2018, over one month beyond the due date. We direct the clerk of this court to strike the informal brief and docketing statement, we grant the motion to dismiss, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:     Hon. Jim C. Shirley, District Judge
        Renard Truman Polk
        Attorney General/Carson City
        Attorney General/Las Vegas
        Pershing County Clerk

